UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PETER D. RUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:20 CV 743 CDP |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | |
| BOILERMAKERS-BLACKSMITH | ) | |
| UNION NATIONAL PENSION TRUST, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consent of the parties and because it appears that this case should have been filed in the Southeastern Division of this Court,

**IT IS HEREBY ORDERED** that, for the convenience of parties and witnesses and in the interest of justice, this action is transferred to the Southeastern Division of the Eastern District of Missouri under 28 U.S.C. § 1404(a) and the Clerk of Court shall randomly reassign the case to one of the judges handling cases in that Division.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of September, 2020.